## MARTIN WILLIAMS vs. DAVID FIELD.

Where an affidavit is made by an agent under the statute authorizing summary proceedings to recover possession of land, motion papers made subsequently in the matter should be entitled with the name of the *principal*, and not of the agent.

*Motion by Field to quash a writ of certiorari for irregularity.*—The counsel for plaintiff objected that the moving papers showed that the proceedings in the justices' court were between Isaac Merritt and said Martin Williams; and that David Field was only the agent for Merritt, and as such, made the affidavit under the statute authorizing summary proceedings to recover possession of land.

N. B. HOXIE, *Defts Counsel.*            N. B. HOXIE, *Defts Atty.*

R. H. SHANNON, *Plffs Counsel.*            R. H. SHANNON, *Plffs Atty.*

BEARDSLEY, Justice.—The defendant's papers are therefore wrongly entitled.

Motion denied with costs, without prejudice.